# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Zanabazar Oiurskii,

Petitioner,

v.

Sam Olson, Sandra Salazarm, Kristi Noem, Warden of the Broadview ICE Facility, Todd M. Lyons,

Respondents,

Case No.  25 C 13917

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒　in favor of petitioner
and against respondent

which ☐ includes $ pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☐　in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒　other:  The court partially grants petitioner's Petition for a Writ of Habeas Corpus on the ground that he is being held without the possibility of release on bond in violation of the Immigration and Nationality Act, 8 U.S.C. § 1226(a) and his due process rights. The court orders petitioner's immediate release and respondents to provide petitioner with a bond hearing within 14 days of the court's 12/02/2025 order. The court further orders respondents to file a status report confirming petitioner's release by 12/05/2025.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge　without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 12/16/2025.

Date:  2/4/2026

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk